IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| REBIE DIXON and STEVE DIXON, | * | |
| Plaintiffs, | * | |
| v. | * | CV 320-018 |
| ETHICON, INC., and JOHNSON & JOHNSON, | * | |
| Defendants. | * | |

**O R D E R**

On February 21, 2020, the captioned matter was transferred to this Court through remand from the Multidistrict Litigation in the Southern District of West Virginia, specifically MDL 2327 ("Ethicon MDL"). Recently, defense counsel in the case filed a "Notice of Settlement in Principle and Request to Stay." Counsel represents that this case is part of a larger global settlement involving several hundred plaintiffs and that final resolution may take several months. Upon consideration, the Court will **CLOSE** this case for purposes of statistical reporting. Either party may move at any time to obtain a final order of dismissal upon settlement or to restore the case to the active docket of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE